In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Juniper Avenue in the Borough of Queens.

In the Matter of the Application of JERE JOHNSON, JR., COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of City of New York* (*Juniper Ave.*), 162 App. Div. 291, appeal dismissed.
(Argued November 9, 1914; decided November 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1914, which reversed an order of Special Term directing commissioners of estimate and assessment in a street opening proceeding to take proof relative to appellant's claim for damages by reason of the closing of a portion of said street.

*Benjamin Trapnell* for appellant.

*Frank L. Polk, Corporation Counsel* (*Joel J. Squier, John J. Kearney* and *James Regan Fitz Gerald* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.